**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BOBBY LYNN FEATHERSON, #1323066,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0729-K |
| | ) | ECF |
| **JUDGE GENE KNIZE, et al.,** | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2nd day of August, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| BOBBY LYNN FEATHERSON, #1323066, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-0729-K |
| ) | ECF |
| JUDGE GENE KNIZE, et al., ) | |
| Defendants. ) | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff's claim requesting the Court to "clear [his] name" is DISMISSED for want of jurisdiction, and that any claim seeking release from confinement or reversal of his convictions is DISMISSED without prejudice to Plaintiff's right to re-file in a habeas corpus action after exhausting state habeas corpus remedies. See 28 U.S.C. § 2254(b).

It is further recommended that Plaintiff's claims for monetary relief are DISMISSED with prejudice as frivolous as to Defendants Judge Gene Knize, Assistant District Attorney Joe F. Grubbs, and Appointed Counsel Bill Scott, and for seeking monetary relief against defendants who are immune from such relief as to Defendants Judge Knize and Assistant Grubbs. See 28 U.S.C. §§ 1915A(b)(1) and (2) and 1915(e)(2)(B)(i) and (iii).

SIGNED this 2nd day of August, 2006.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE